**Electronically Filed
Supreme Court
SCPW-23-0000580
20-DEC-2023
08:02 AM
Dkt. 11 ODMR**

SCPW-23-0000580

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

FALEUPOLU ESEKIA, Petitioner,

vs.

THE HONORABLE JEANNETTE H. CASTAGNETTI,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

PUU HELEAKALA COMMUNITY ASSOCIATION, by and through its Board of
Directors, ALAPATI ESEKIA, PHKK PROPERTIES LLC, a Company or
Corporation, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee
under Pooling and Servicing Agreement dated as of March 1, 2007
Securitized Asset Backed Receivables LLC, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-22-0000740)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Johnson and Circuit Judge Tonaki,
assigned by reason of vacancies)

Upon consideration of the "Notice to Strike the Unlawful
Court Decision and Notice in Acceptances of All Judges Involved
Their 'Oath of Offices,'" filed on December 15, 2023, which we
construe as a motion for reconsideration of this court's

November 17, 2023 order denying the petition for a writ of mandamus, and the record, Petitioner's motion is untimely.  Even if deemed timely, this court has not overlooked or misapprehended points of law or fact.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, December 20, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Ronald G. Johnson

/s/ John M. Tonaki